PROB 12C
(6/16)

Report Date: October 15, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joel Nathaniel Ballard            Case Number: 0980 2:17CR00029-WFN-1

Address of Offender: ´

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 23, 2017

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 18 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: June 5, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: June 4, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On October 15, 2018, Joel Ballard was arrested by the Oregon State Police. At the time of his arrest, he was found to be in possession of a stolen firearm and methamphetamine.<br><br>On June 5, 2018, supervision commenced in this matter.  On June 7, 2018,  Mr. Ballard completed a supervision intake.  The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted mandatory condition number 1. |
| 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On October 15, 2018, Joel Ballard was arrested by the Oregon State Police and found to be in possession of methamphetamine. In fact, at the time of his arrest, he swallowed a bindle of methamphetamine that resulted in his placement at the Salem Emergency Room. |

Prob12C
Re: **Ballard, Joel Nathaniel**
**October 15, 2018**
**Page 2**

On June 5, 2018, supervision commenced in this matter. On June 7, 2018, Mr. Ballard completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted mandatory condition number 2.

3	**Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On October 15, 2018, Joel Ballard was arrested by the Oregon State Police. At the time of his arrest he was found to be in possession of a stolen firearm.

On June 5, 2018, supervision commenced in this matter. On June 7, 2018, Mr. Ballard completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted standard condition number 10.

4	**Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On October 15, 2018, Joel Ballard was arrested by the Oregon State Police in the State of Oregon. Mr. Ballard did not have permission to leave the Eastern District of Washington and travel into the State of Oregon.

On June 5, 2018, supervision commenced in this matter. On June 7, 2018, Mr. Ballard completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of supervised release acknowledging an understanding of the conditions, which included the above-noted standard condition number 3.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:	October 15, 2108

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Ballard, Joel Nathaniel
October 15, 2018
Page 3

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____10/15/18_____
Date